UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GREGORY GRIFFIN,**
on behalf of himself and all other persons similarly situated, known and unknown,

    Plaintiff,

vs.

**NEXEN CORPORATION**, a Michigan for-profit corporation, **STEVEN KIRKA**, a natural person, and **AMAZON.COM, INC.**, a Delaware for-profit corporation,

    Defendants.

Case No: 2:18-cv-12369-LJM-APP
Hon. Laurie J. Michelson
Magistrate Judge Anthony P. Patti

_____/

Bryan Yaldou (P70600)
Elaina S. Bailey (P82461)
Law Offices Of
Bryan Yaldou, PLLC
23000 Telegraph, Suite 5
Brownstown, MI 48134
Phone: (734) 692-9200
Fax: (734) 692-9201
bryan@yaldoulaw.com
elaina@yaldoulaw.com
*Attorneys for Plaintiffs*

Angela M. Mannarino (P72374)
Gasiorek, Morgan, Greco & Mccauley, PC
30500 Northwestern Hwy, Ste. 425
Farmington Hills, MI 48334
Phone: 248-865-0001
Fax: 248-865-0002
amannarino@gmgmklaw.com
*Attorney for Nexen Corp. and Kirka*

Stephanie L. Sweitzer (P66376)
Meredith E. Riccio
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, Suite 500
Chicago, IL 60601
Phone: 312-324-1000
Fax: 312-324-1001
meredith.riccio@morganlewis.com
*Attorneys for Amazon.com, Inc.*

_____/

**NOTICE OF STIPULATED DISMISSAL OF COUNTS IV THROUGH VI OF PLAINTIFF'S COMPLAINT**

1

NOW COMES Plaintiff Gregory Griffin, by and through his attorneys, THE LAW OFFICES OF BRYAN YALDOU, PLLC; Defendant Nexen Corporation and Steven Kirka, by and through their attorneys, GASIOREK, MORGAN, GRECO & MCCAULEY, PC; and Amazon.com, Inc., by and through its attorneys, MORGAN, LEWIS & BOCKIUS LLP, (collectively referred to as the "Parties") and hereby states:

1. On July 30, 2018, Plaintiff Gregory Griffin filed his Complaint. Doc. #1.

2. The Complaint included both Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, claims (Counts I-III) and the Michigan Workforce Opportunity Wage Act ("WOWA"), MCL § 408.411 *et seq.*, claims (Counts IV-VI).

3. Pursuant to Federal Rules of Civil Procedure Rule 41(1)(A)(ii) ("Rule 41"), the Parties stipulate to dismiss Plaintiffs' WOWA claims, Counts IV-VI.

4. In accordance with Rule 41, the Parties stipulate that the WOWA Claims, Counts IV-VI, are dismissed without prejudice.

WHEREFORE, the Parties stipulate to voluntarily dismiss Plaintiffs' WOWA Claims, Counts IV-VI, without prejudice.

Respectfully Submitted,

s/ Bryan Yaldou

Bryan Yaldou (P70600)
Elaina S. Bailey (P82461)

Law Offices Of
Bryan Yaldou, PLLC
23000 Telegraph, Suite 5
Brownstown, MI 48134
Phone: (734) 692-9200
Fax: (734) 692-9201
bryan@yaldoulaw.com
elaina@yaldoulaw.com
*Attorneys for Plaintiffs*

s/ Angela M. Mannarino, with consent
Angela M. Mannarino (P72374)
Gasiorek, Morgan, Greco & Mccauley, PC
30500 Northwestern Hwy, Ste. 425
Farmington Hills, MI 48334
Phone: 248-865-0001
Fax: 248-865-0002
amannarino@gmgmklaw.com
*Attorney for Nexen Corp. and Kirka*

s/ Meredith E. Riccio, with consent
Stephanie L. Sweitzer (P66376)
Meredith E. Riccio
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, Suite 500 Chicago, IL 60601
Phone: 312-324-1000
Fax: 312-324-1001
meredith.riccio@morganlewis.com
*Attorneys for Amazon.com, Inc.*


Dated: March 28, 2019

3