UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GREGORY GRIFFIN,
on behalf of himself and all other
persons similarly situated, known and
unknown,

        Plaintiff,

vs.

NEXEN CORPORATION, a Michigan
for-profit corporation, STEVEN
KIRKA, a natural person, and
AMAZON.COM, INC., a Delaware
for-profit corporation,

        Defendants.

Case No: 2:18-cv-12369-LJM-APP Hon. Laurie J. Michelson
Magistrate Judge Anthony P. Patti



FILED
MAY - 6 2019
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

## ORDER APPROVING COLLECTIVE ACTION SETTLEMENT

This matter is before the Court on the Parties' Joint Motion for Approval of Collective Action Settlement ("Motion").

After reviewing the Motion, together with the Joint Stipulation of Settlement and Release (the "Agreement") and the proposed Notice to FLSA Collective Members, the Court finds and orders as follows:

1.    The settlement memorialized in the Agreement is fair, reasonable, and adequate. It is the result of arms'-length negotiations between experienced

attorneys who are familiar with FLSA collective litigation in general, and with the legal and factual issues of this case in particular.

2. The Court has considered the pleadings, papers, and arguments made by the Parties in support of the Motion and finds that the proposed FLSA Collective should be conditionally certified as a collective action under 29 USC § 216(b) for settlement purposes only.

3. The Court approves, as to form and content, the proposed Notice to Collective Members. The Court finds that the procedures for notifying Collective Members about the settlement as described in the Agreement provide the best notice practicable under the circumstances. The Court approves the notice program as set forth in the Agreement, including the timing and method of providing notice.

4. The Parties are ordered to carry out the settlement according to the terms of the Agreement.

5. The Court approves the request for Plaintiffs' counsel's litigation expenses and Plaintiff's counsel's fees and costs in the amount of $7,500.00, finding that such fees and costs are fair and reasonable.

6. The case is dismissed without prejudice to convert to a dismissal with prejudice after six months, each party to bear its own fees and costs except as otherwise provided in the Agreement and by this Order.

IT IS SO ORDERED, ADJUDGED AND DECREED.

Date: 5/6/19

_____
Hon. Laurie J. Michelson
U.S. District Court Judge